# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3372

_____

| | | |
|---|---|---|
| Norman Medley, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Mark McClindon, Highway Patrolman, | * | |
| Troop E Headquarters, Poplar Bluff, | * | [UNPUBLISHED] |
| MO; Marcus Hopkins, Deputy; Johnny | * | |
| Higgins, SEMO Task Force; Unknown | * | |
| Decker, Agent, SEMO Task Force; | * | |
| Unknown Scoggins, Highway | * | |
| Patrolman, Troop E; Randal Midkiff, | * | |
| Deputy, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 13, 2009
Filed:  December 11, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Norman Medley appeals the district court's[1] adverse grant of a directed verdict on his Fourth Amendment claims. He has also moved to strike the appellees' briefs.

Because we cannot review the merits of Medley's appeal without a trial transcript, we dismiss the appeal. See Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); Schmid v. United Bhd. of Carpenters & Joiners of Am., 827 F.2d 384, 385-86 (8th Cir. 1987) (per curiam) (where pro se appellant did not order trial transcript, appellate court could not review claim of judicial bias, evidentiary rulings, or sufficiency of evidence); cf. Merony v. Delta Int'l Mach. Corp., 18 F.3d 1436, 1437 (8th Cir. 1994) (dismissing appeal when pro se party failed to order transcripts after district court denied their request to order them at government expense). In addition, we deny Medley's pending motion.

_____

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.